[jiffyordnh] [Bench Order No Hearing +]

**ORDERED.**

**Dated: December 30, 2022**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:22–bk–03669–GER<br>Chapter 13 |

Shammi Persaud

_____Debtor*_____/

**ORDER DENYING MOTION TO VACATE ORDER (DOC. NO. 12)**

THIS CASE came on for consideration without a hearing of the **Motion to Vacate Order (Doc. No. 12)** (Doc. 28 ), filed by **U.S Bank Trust National Association as Trustee of Tiki Series IV Trust** .

The Court having considered the record, the Motion to Vacate Order Directing MMM (Doc. No. 12) is Denied .

The Court has reviewed the motion (Doc. 28) and response by Debtor (Doc. 30). Based on Debtor's representation that all documents have been submitted through the DMM Portal, the Court denies the motion. However, the denial is without prejudice to creditor seeking reconsideration if all documents were not submitted or the debtor has not otherwise complied with the requirements of the Order Directing MMM (Doc. No. 12).

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Matthew Klein is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.